No. 76–5258. TUCKER *v.* UNITED STATES; and

No. 76–5259. CLARDY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 76–5312. MAPP *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 76–5315. ANGULO-MARRON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 76–5319. STEVENS *v.* WARDEN, LEAVENWORTH PENITENTIARY. C. A. 10th Cir. Certiorari denied.

No. 76–5327. POKINI *v.* HAWAII. Sup. Ct. Haw. Certiorari denied.

No. 76–5336. VILLALOBOS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 76–5391. TENSLEY *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 76–5401. TECTON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 76–5423. KELLEY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 76–5434. PARHAM *v.* ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 76–5436. LIPTROTH *v.* ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 76–5442. BUSSEY *v.* HARRISON ET AL. C. A. 10th Cir. Certiorari denied.